**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CLEOPHAS ALEXANDER,

    Plaintiff,

vs.                                    CASE NO. 6:08-CV-88-ORL-19KRS

FLORIDA CONTRACTING COMPANY,
INC., WILLIAM C. CHANDLER,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 24, filed April 25, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 24) is **ADOPTED and AFFIRMED.** The Joint Stipulation for Dismissal with Prejudice Doc. No. 23, filed April 23, 2008) is **GRANTED.** The amount received by Plaintiff Cleophas Alexander is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE** as to Plaintiff Alexander, without the Court reserving jurisdiction to enforce the settlement agreement**.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   14th   day of May, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record